# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| SHAWN HOPKINS )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>SPEEDWAY SUPERAMERICA LLC )<br>SPEEDWAY LLC )<br>MPC INVESTMENT, LLC )<br>)<br>DEFENDANTS ) | CIVIL ACTION NO. 3:15-CV-834-DJH<br><br>Removed From Jefferson Circuit Court<br>Div. 1, Case No. 15-CI-03254 |

## NOTICE OF REMOVAL

For their Notice of Removal of this action from Jefferson Circuit Court, Jefferson County, Kentucky to the United States District Court for the Western District of Kentucky, Louisville Division, Defendants Speedway SuperAmerica LLC[1], Speedway LLC, and MPC Investment, LLC ("Defendants"), state as follows:

1. On or about July 1, 2015, Plaintiff Shawn Hopkins ("Plaintiff") filed a Complaint in Jefferson Circuit Court, bearing Civil Action No. 15-CI-03254. Defendants were served with a Summons and Plaintiffs' Complaint on July 7, 2015. Defendants filed an Answer to the Complaint in Jefferson Circuit Court on or about July 16, 2015. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendants are attached to this Notice of Removal as Exhibit A.

2. Defendants have a good faith belief that Plaintiff is, and was at all times relevant hereto, a citizen of Kentucky.

2

3.      Defendant Speedway LLC is a limited liability company organized under the laws of the State of Delaware.  The only member of Speedway LLC is MPC Investment LLC, which is a Delaware limited liability company.  The only member of MPC Investment LLC is Marathon Petroleum Corporation.  Marathon Petroleum Corporation is a Delaware corporation with its principal place of business in Ohio.  Defendants are not citizens of Kentucky.

4.      Defendants may remove this action to this Court pursuant to 28 U.S.C. §1441, as this is an action between citizens of different states.

5.      In the Complaint, Plaintiff does not set forth a specific amount of damages claimed against Defendants.  Defendants state that Plaintiff alleges past and future mental and physical pain and suffering; past and future medical expenses; and past and future lost wages.  Upon information and belief and based on the allegations of Plaintiff's Complaint, Defendants contend that Plaintiff is claiming an amount of damages that exceeds $75,000, the jurisdictional requirement of this Court.

6.      Further, in an effort to investigate the amount in controversy, Defendants served written discovery seeking admissions regarding the Plaintiff's claimed damages.  On October 26, 2015, in response to Defendants' Request for Admissions, Plaintiff denied that his "claimed damages related to the Incident, including past and future medical expenses, lost wages, lost power to labor and pain and suffering do not exceed seventy-five thousand ($75,000) dollars."  Plaintiff also denied that he is "not seeking in excess of seventy-five thousand ($75,000) dollars in this matter."  Therefore, Defendants have a good faith belief that Plaintiff is seeking in excess of Seventy-Five Thousand ($75,000) dollars in this matter.  See Exhibit A.

---

[1] Speedway LLC is f/k/a Speedway SuperAmerica LLC.  Speedway SuperAmerica LLC is not an active business entity and is not a proper party to this action.

7.     This Notice of Removal is timely because it was filed within 30 days of Defendants' receipt of Plaintiff's Complaint and within one year of the commencement of this action, as required by 28 U.S.C. § 1446(b).

Respectfully submitted,

FROST BROWN TODD LLC

s/ Andrew M. Palmer
D. Christopher Robinson
Andrew M. Palmer
400 West Market Street, 32nd Floor
Louisville, Kentucky  40202-3363
(502) 589-5400 - Phone
(502) 581-1087 - Fax
crobinson@fbtlaw.com
apalmer@fbtlaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and also served by depositing the same in the United States Mail, postage prepaid, on the 13th day of November, 2015 to:

Stephen P. Imhoff
Imhoff Law Office
2843 Brownsboro Road, Suite 101
Louisville, KY 40206
(502) 899-2413
spimhoff@bellsouth.net
*Counsel for Plaintiff*

s/ Andrew M. Palmer
*Counsel for Defendants*

0126183.0628701   4815-5911-7354v1