UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SHAWN HOPKINS,                                                                                                  Plaintiff,

v.                                                                              Civil Action No. 3:15-cv-834-DJH-CHL

SPEEDWAY SUPERAMERICA, LLC, et al.,                                                              Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 39) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket. All dates and deadlines set in this matter are **VACATED**.

October 18, 2017

                                                                             **David J. Hale, Judge**
                                                                **United States District Court**